## CERTIFICATE OF SERVICE

I, _____Nancy H. Brown_____ (name), certify that service of this summons and a copy of the complaint was made on  March 9, 2022 _____ (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Joseph Lech
18 Princewood Lane, #18
Palm Beach Gardens, FL 33410

Joseph Lech
291 Main Street
Nicholson, PA 18446

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Joseph Lech
13 Rockledge Lane
Tunkhannock, PA 18657

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

| Date | March 9, 2022 | Signature | /s/ Nancy H. Brown |
|---|---|---|---|
| | Print Name: | | Nancy H. Brown |
| | | | Pachulski Stang Ziehl & Jones LLP |
| | | | 10100 Santa Monica Blvd. |
| | | | 13th Floor |
| | Business Address: | | Los Angeles, CA 90067 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X J. Lech  ☒ Agent ☐ Addressee<br>B. Received by (Printed Name): SDKOB1-19   C. Date of Delivery: 3-14-22 |
| 1. Article Addressed to:<br><br>Joseph Lech<br>13 Rockledge Lane<br>Tunkhannock, PA 18657 | D. Is delivery address different from item 1? ☒ Yes   ☐ No<br>If YES, enter delivery address below:<br><br>132 marina dr<br>Tunkhannock PA 18657 |
| 9590 9402 3367 7227 2925 85 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3985 8442 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |