# CERTIFICATE OF SERVICE

I,       Nancy H. Brown      (name), certify that service of this summons and a copy of the complaint was made on   March 9, 2022   (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Stephen Giroux
1030 Stone Road
Lockport, NY 14094

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Stephen Giroux
9034 Ridge Road
Gasport, NY 14067

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   March 9, 2022      Signature   */s/ Nancy H. Brown*

      Print Name:     Nancy H. Brown
                                 Pachulski Stang Ziehl & Jones LLP
                                 10100 Santa Monica Blvd.
                                 13th Floor
      Business Address:   Los Angeles, CA 90067

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen Giroux
   9034 Ridge Road
   Gasport, NY 14067

   9590 9402 3367 7227 2925 78

2. Article Number (Transfer from service label)

   7017 2400 0000 3985 8459

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery 3/19/22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt