## CERTIFICATE OF SERVICE

I,     Nancy H. Brown     (name), certify that service of this summons and a copy of the complaint was made on  March 9, 2022  (date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

Sherwood Klein
5 Lincoln Drive
PO Box 832
Ellicottville, NY 14731

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:

Sherwood Klein
5090 Bryant Hill Road
Ellicottville, NY 14731-9730

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date   March 9, 2022   Signature  */s/ Nancy H. Brown*

              Print Name:     Nancy H. Brown
                                  Pachulski Stang Ziehl & Jones LLP
                                  10100 Santa Monica Blvd.
                                  13th Floor
              Business Address:    Los Angeles, CA 90067

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Sherwood Klein<br>5090 Bryant Hill Road<br>Ellicottville, NY 14731-9730<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 3367 7227 2926 53 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number (Transfer from service label)<br>7017 2400 0000 3985 8527 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt