Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| ROCHESTER DRUG CO-OPERATIVE, INC. | Case No. 20-20230 (PRW) |
| Debtor. | |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST, | Adv. Proc. No. 22-2073 (PRW) |
| Plaintiff, | |
| v. | |
| LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOE LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

On March 16, 2022, I caused to be served true and correct copies of the summons and the Complaint on defendant Laurence F. Doud III as follows:

By regular, first class United States mail, postage fully pre-paid, addressed as follows:

>Derrelle M. Janey
>The Janey Law Firm P.C.
>111 Broadway, Suite 701
>New York, NY 10006

By email as follows:

    Darrelle M. Janey
    Email address: djaney@thejaneylawfirm.com

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 22nd day of March, 2022, at Rancho Mirage, California.

                              */s/ Beth D. Dassa*
                              Beth D. Dassa