Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                            Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                            Plaintiff,<br>     v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOE LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>                            Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

      Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC

("Plaintiff"), successor in interest to Rochester Drug Co-Operative, Inc., and defendant, Christopher

Casey ("Defendant," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on March 8, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants, and the summons (the "Summons") was issued on March 9, 2022; and

WHEREAS, on or after March 9, 2022, Defendant was served with the Summons and Complaint.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Subject to this Court's approval, the time by which Defendant is required to answer or otherwise respond to the Complaint is extended through and including **April 15, 2022**.

2. Defendant does not challenge personal jurisdiction and waives any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

Dated: March 24, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:  bsandler@pszjlaw.com
   ischarf@pszjlaw.com
   jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: March 24, 2022

DAVIDSON FINK

R. Franco
Richard N. Franco
400 Meridian Centre Blvd., Suite 200
Rochester, NY 14618
Telephone: (585) 760-7250
Email: rfranco@davidsonfink.com

*Counsel to Defendant Christopher Casey*

SO ORDERED:

DATED: _____, 2022
    Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge