Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC

("Plaintiff"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Garry

Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on March 8, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants, and the summons (the "Summons") was issued on March 9, 2022; and

WHEREAS, on or after March 9, 2022, Defendants were served with the Summons and Complaint.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Subject to this Court's approval, the time by which Defendants are required to answer or otherwise respond to the Complaint is extended through and including **April 30, 2022**.

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

Dated: March 30, 2022

PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Ilan D. Scharf*
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email:   bsandler@pszjlaw.com
         ischarf@pszjlaw.com
         jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: March 31, 2022

BRENNAN MANNA DIAMOND


*(Pro Hac Vice forthcoming)*
Kathryn E. Hickner (NY Bar No. 4883302)
*W.D.N.Y Admission Expected April 13, 2022*
Amanda L. Waesch (OH Bar No. 0083949)
  *Pro Hac Vic Forthcoming*
Bryan Meek (OH Bar No. 0093554)
  *Pro Hac Vic Forthcoming*
75 E. Market Street
Akron, OH 44308
Telephone: (330) 253-5060
Email: kehickner@bmdllc.com
       alwaesch@bmdllc.com
       bmeek@bmdllc.com
*Counsel to Defendants Garry Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky*

2

SO ORDERED:

DATED: _____, 2022          _____
        Rochester, New York            HON. PAUL R. WARREN
                                        United States Bankruptcy Judge

DOCS_SF:107201.1 75015/003