Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Sherwood

Klein and Paul Pagnotta (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on March 8, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants, and the summons (the "Summons") was issued on March 9, 2022; and

WHEREAS, on or after March 9, 2022, Defendants were served with the Summons and Complaint.

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Subject to this Court's approval, the time by which Defendants are required to answer or otherwise respond to the Complaint is extended through and including **April 30, 2022**.

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

| | |
|---|---|
| Dated: April 1, 2022 | Dated: April 1, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | WOOD OVIATT GILMAN LLP |
| /s/ Ilan D. Scharf | |
| Ilan D. Scharf (NY Bar No. 4042107) | Warren B. Rosenbaum |
| Jason S. Pomerantz | Timothy P. Lyster |
| Gail S. Greenwood | 1900 Bausch & Lomb Place |
| 780 Third Avenue, 34th Floor | Rochester, NY 14604 |
| New York, NY 10017 | Telephone: (585) 987-2800 |
| Telephone: (212) 561-7700 | Email: wrosenbaum@woodsoviatt.com |
| Email: bsandler@pszjlaw.com | tlyster@woodsoviatt.com |
| ischarf@pszjlaw.com | |
| jspomerantz@pszjlaw.com | *Counsel to Defendants Sherwood Klein and Paul Pagnotta* |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED:

DATED: _____, 2022      _____
Rochester, New York                                HON. PAUL R. WARREN
                                                                  United States Bankruptcy Judge