Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Garry

Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on March 8, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants, and the summons (the "Summons") was issued on March 9, 2022;

WHEREAS, on or after March 9, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on March 31, 2011, the Parties stipulated to an extension of time to answer or otherwise respond to the Complaint through April 30, 2022 that was approved by an order of the Court [Docket No. 33].

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Subject to this Court's approval, Defendants are granted a further extension of time to answer the Complaint until **May 16, 2022**, provided that the Defendants shall file an answer and not otherwise respond to the complaint by filing a 12(b)(6) motion to dismiss.

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

Dated: April 14, 2022

PACHULSKI STANG ZIEHL & JONES LLP

/s/ Ilan D. Scharf
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: April 14th, 2022

BRENNAN MANNA DIAMOND

Kathryn E. Hickner (NY Bar No. 4883302)
Duriya Dhinojwala (*pro hac vice* motion to be submitted, OH Sup.Ct.# 0074982)
75 E. Market Street
Akron, OH 44308
Telephone: (330) 253-5060
Email: kehickner@bmdllc.com
ddhinojwala@bmdllc.com

*Counsel to Defendants Garry Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky*

SO ORDERED:

DATED: _____, 2022
Rochester, New York

4877-2973-3660, v. 1

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge

3

DOCS_SF:107201.2 75015/003
Case 2-22-02073-PRW, Doc 42, Filed 04/14/22, Entered 04/14/22 17:42:12, Description: Main Document, Page 3 of 3