Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>Plaintiff,<br>v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**SECOND STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

Plaintiff, RDC Liquidating Trust, through its trustee Advisory Trust Group, LLC ("Plaintiff"), successor in interest to Rochester Drug Co-Operative, Inc., and defendants, Donald

Arthur, Stephen Giroux, and Richard Klenk (collectively, "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby stipulate:

WHEREAS, on March 8, 2022, Plaintiff filed a complaint (the "Complaint") against Defendants, and the summons (the "Summons") was issued on March 9, 2022;

WHEREAS, on or after March 9, 2022, Defendants were served with the Summons and Complaint; and

WHEREAS, on April 1, 2022, the Parties stipulated to an extension of time to answer or otherwise respond to the Complaint through April 30, 2022 that was approved by orders of the Court [Docket Nos. 9, 17].

NOW THEREFORE, the Parties stipulate and agree as follows:

1. Subject to this Court's approval, Defendants are granted a further extension of time to answer the Complaint until **May 16, 2022**, provided that the Defendants shall file an answer and not otherwise respond by filing a 12(b)(6) motion to dismiss the Complaint.

*[Remainder of the Page Intentionally Blank]*

2. Defendants do not challenge personal jurisdiction and waive any objection to service of process of the Summons and Complaint in this adversary proceeding.

Respectfully submitted,

Dated: April 26, 2022

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Ilan D. Scharf*
Ilan D. Scharf (NY Bar No. 4042107)
Jason S. Pomerantz
Gail S. Greenwood
780 Third Avenue, 34th Floor
New York, NY 10017
Telephone: (212) 561-7700
Email: bsandler@pszjlaw.com
ischarf@pszjlaw.com
jspomerantz@pszjlaw.com

*Counsel to Plaintiff RDC Liquidating Trust*

Dated: April 27, 2022

KENNEY SHELTON LIPTAK NOWAK LLP

*/s/ Jeffrey A. Carlino*
Jeffrey A. Carlino
The Calumet Building
233 Franklin Street
Buffalo, NY 14202
Telephone: (716) 853-3801
Email: jacarlino@kslnlaw.com

*Counsel to Defendants Donald Arthur, Stephen Giroux, and Richard Klenk*

SO ORDERED:

DATED: _____, 2022
       Rochester, New York

_____
HON. PAUL R. WARREN
United States Bankruptcy Judge