**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>    Rochester Drug Cooperative, Inc.<br><br>            Debtor(s) | Case No.: 2–20–20230–PRW<br>Chapter: 11 |
| Advisory Trust Group, LLC<br>as trustee of the RDC Liquidating Trust<br>            Plaintiff(s)<br><br>    v.<br><br>Laurence F. Doud III<br>Donald Arthur<br>Stephen Giroux<br>Christopher Casey<br>Garry Mrozek<br>Richard Klenk<br>Sherwood Klein<br>Joe Lech<br>Boris Mantell<br>Joseph Scott Miskovsky<br>Paul Pagnotta<br>            Defendant(s) | A.P. No.: 2–22–02073–PRW |

CASE MANAGEMENT ORDER
– **CASES BEFORE JUDGE WARREN** –
(CALL–IN INSTRUCTIONS FOR ALL MATTERS SCHEDULED
FOR HEARING **ON OR AFTER DECEMBER 1, 2021**)

**\*\*\*IMPORTANT: The Court has been assigned new telephone conference numbers. The new numbers must be used for matters scheduled to be heard on or after December 1, 2021.\*\*\***

Until further order of the Court, weekly Motion Terms, Chapter 13 Confirmation Hearings, and any other Discrete Hearings and Conferences in both Buffalo and Rochester will be conducted by telephone conference, to eliminate the need for counsel, parties, or interested persons to appear in person. Matters will begin at the regularly scheduled times. Counsel and interested parties should call the telephone conference system sufficiently in advance of the beginning of the scheduled matter by: (1) dialing **(571) 353–2301**; (2) when prompted for the "number you wish to dial" dial **808325466#**; (3) when prompted for the security pin enter **9999#**. Cases will be called in the order listed on the Court's website: https://www.nywb.uscourts.gov/calendars/judge_warren/index.html. An electronic record of each proceeding will be made.

**THE COURT HAS DETERMINED THAT USE OF THE TELEPHONE CONFERENCE SYSTEM IS MANDATORY. ONLY COURT STAFF WILL BE PERMITTED IN THE COURTROOM – AN ATTORNEY, PARTY, OR INTERESTED PERSON SEEKING TO APPEAR IN PERSON <u>WILL NOT</u> BE PERMITTED TO ENTER THE COURTROOM.**

**THE RECORDING OR BROADCASTING OF ANY HEARING IS PROHIBITED – ANY VIOLATION OF THIS PROHIBITION WILL RESULT IN THE IMPOSITION OF SANCTIONS.**

*Courtesy copies of pleadings or other papers for matters before Judge Warren are no longer to be provided to Chambers or the Clerk's Office.*

**IT IS SO ORDERED.**

Dated: June 2, 2022                     _____/s/_____
    Rochester, New York            **HONORABLE PAUL R. WARREN**
                                         United States Bankruptcy Judge

Form cmotele3/Doc 81
www.nywb.uscourts.gov