Ilan D. Scharf, Esq.
Jason S. Pomerantz, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　　　　　Plaintiff,<br>　　v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOE LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>　　　　　　　　　Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**CERTIFICATE OF SERVICE**

On July 19, 2022, I caused to be served true and correct copies of the *Certification And Report Of Rule 26(f) FRCP/Rule 7026 FRBP Conference And Discovery Plan* [Docket no. 85] on defendants as follows:

DOCS_LA:344444.1 75015/003

By email as follows:

    Darrelle M. Janey
    Counsel to Defendant Laurence F. Doud III
    Email address:  djaney@thejaneylawfirm.com

    Richard N. Franco
    Counsel to Defendant Christopher Casey
    Email:  rfranco@davidsonfink.com

    Duriya Dhinojwala
    Kathryn E. Hickner
    Counsel to Defendants Garry Mrozek, Joseph Lech, Boris Mantell, and Joseph Scott Miskovsky
    Email:  ddhinojwala@bmdllc.com
          khickner@bmdllc.com

    Jeffrey A. Carlino
    Alice J. Cunningham
    Counsel to Defendants Don Arthur, Stephen Giroux, and Richard Klenk
    Email:  jacarlino@kslnlaw.com
          ajcunningham@kslnlaw.com

    Warren B. Rosenbaum
    William E. Brueckner
    Timothy P. Lyster
    Counsel to Defendants Sherwood Klein and Paul Pagnotta
    Email:  wrosenbaum@woodsoviatt.com
          wbrueckner@woodsoviatt.com
          tlyster@woodsoviatt.com

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 19th day of July, 2022, at Santa Clarita, California.

                                                      /s/ Myra Kulick
                                                        Myra Kulick