UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>                Defendants. | Adv. Proc. No. 22-02073 (PRW) |

**STIPULATION TO DISMISS ADVERSARY PROCEEDING
WITH PREJUDICE**

Pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Advisory Trust Group, LLC, solely in its capacity as Liquidating Trustee of the RDC Liquidating Trust (the "Trustee") for the bankruptcy estate of Rochester Drug Co-operative, Inc., and Defendants Laurence F. Doud III, Donald Arthur, Stephen Giroux, Christopher Casey, Garry Mrozek, Richard Klenk, Sherwood Klein, Joseph Lech, Boris Mantell, Joseph Scott Miskovsky, and Paul Pagnotta (collectively, the "Defendants") hereby stipulate to dismissal of the above-referenced adversary proceeding with prejudice, with

each party bearing that party's own attorneys' fees and costs, in accordance with the parties'

*Settlement Agreement and Mutual Limited Releases*.

Respectfully submitted,

| | |
|---|---|
| Dated: March 4, 2024 | Dated: March 4, 2024 |
| PACHULSKI STANG ZIEHL & JONES LLP | KENNEY SHELTON LIPTAK NOWAK LLP |
| */s/ Gail S. Greenwood* | */s/ Jeffrey A. Carlino* |
| Ilan D. Scharf | Jeffrey A. Carlino |
| Jason S. Pomerantz | Alice J. Cunningham |
| Gail S. Greenwood | Aalok J. Karamelkar |
| 780 Third Avenue, 34th Floor | The Calumet Building |
| New York, NY 10017 | 233 Franklin Street |
| Telephone: (212) 561-7700 | Buffalo, NY 14202 |
| Email: ischarf@pszjlaw.com | Telephone: (716) 853-3801 |
|       jspomerantz@pszjlaw.com | Email: jacarlino@kslnlaw.com |
|       ggreenwood@pszjlaw.com |       ajcunningham@kslnlaw.com |
| |       ajkarambelkar@kslnlaw.com |
| *Counsel to Plaintiff Advisory Trust Group, LLC, in its capacity as trustee of the RDC Liquidating Trust* | *Counsel to Defendants Donald Arthur, Stephen Giroux, and Richard Klenk* |
| Dated: March 4, 2024 | Dated: March 4, 2024 |
| WOODS OVIATT GILMAN LLP | BRENNAN MANNA DIAMOND |
| */s/ William E Brueckner* | */s/ Bryan Meek* |
| Warren B. Rosenbaum | Duriya Dhinojwala |
| William E. Brueckner | Amanda L. Waesch |
| Timothy P. Lyster | Bryan Meek |
| 1900 Bausch and Lomb Pl. | 75 East Market Street |
| Rochester, NY 14604 | Akron, OH 44308 |
| Telephone: (585) 987-2800 | Telephone: (330) 253-5060 |
| Email: wrosenbaum@woodsoviatt.com | Email: ddhinojwala@bmdllc.com |
|       wbrueckner@woodsoviatt.com |       alwaesch@bmdllc.com |
|       tlyster@woodsoviatt.com |       bmeek@bmdllc.com |
| *Counsel to Defendants Sherwood Klein and Paul Pagnotta* | *Counsel to Defendants Boris Mantell, Joseph Lech, Garry Mrozek, and Joseph Scott Miskovsky* |

| | |
|---|---|
| Dated: March 4, 2024 | Dated: March 4, 2024 |
| DAVIDSON FINK LLP | JANEY LAW FIRM, P.C. |
| */s/ Richard N. Franco* | */s/ Derrelle M. Janey* |
| Richard N. Franco | Derrelle M. Janey |
| 400 Meridian Centre Blvd. | 111 Broadway |
| Suite 200 | Suite 701 |
| Rochester, NY 14618 | New York, NY 10006 |
| Telephone: (585) 546-6448 | Telephone: (646) 289-5276 |
| Email: rfranco@davidsonfink.com | Email: djaney@thejaneylawfirm.com |
| *Counsel to Defendant Christopher Casey* | *Counsel to Defendant Laurence F. Doud* |