Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (Admitted *pro hac vice*)
Gail S. Greenwood, Esq. (Admitted *pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>                Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>                Plaintiff,<br>   v.<br><br>LAURENCE F. DOUD III, DONALD ARTHUR, STEPHEN GIROUX, CHRISTOPHER CASEY, GARRY MROZEK, RICHARD KLENK, SHERWOOD KLEIN, JOSEPH LECH, BORIS MANTELL, JOSEPH SCOTT MISKOVSKY, and PAUL PAGNOTTA, individually as members of the Debtor's Board of Directors,<br><br>                Defendants. | Adv. Proc. No. 22-02073 (PRW) |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA      )
                                 )
COUNTY OF SAN FRANCISCO  )

I, Matthew J. Renck, am over the age of eighteen years, am employed by Pachulski Stang Ziehl & Jones LLP. I am not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430 San Francisco, CA 94104.

On March 4, 2024, I caused to be served:

1. *Stipulation to Dismiss Adversary Proceeding with Prejudice* [Docket No. 111]

via email to the email addresses designated by the parties:

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 4th day of March, 2024 at San Francisco, California.

*/s/ Matthew J. Renck*
Matthew J. Renck

**VIA EMAIL SERVICE**

| | |
|---|---|
| Jeffrey A. Carlino | jacarlino@kslnlaw.com; dfwroblewski@kslnlaw.com |
| Alice J. Cunningham | ajcunningham@kslnlaw.com |
| Aalok J. Karamelkar | ajkarambelkar@kslnlaw.com |
| Warren B. Rosenbaum | wrosenbaum@woodsoviatt.com; pstewart@woodsoviatt.com |
| William E. Brueckner | wbrueckner@woodsoviatt.com; morlando@woodsoviatt.com |
| Timothy P. Lyster | tlyster@woodsoviatt.com; mjohnstone@woodsoviatt.com |
| Duriya Dhinojwala | ddhinojwala@bmdllc.com |
| Amanda L. Waesch | alwaesch@bmdllc.com |
| Bryan Meek | bmeek@bmdllc.com |
| Richard N. Franco | rfranco@davidsonfink.com |
| Derrelle M. Janey | djaney@thejaneylawfirm.com; afederer@gottliebjaney.com; apierre@gottliebjaney.com |
| Sean P Williams | spwilliams@davidsonfink.com; caugino@davidsonfink.com; mchapman@davidsonfink.com; knicholson@davidsonfink.com; jpaulino@davidsonfink.com |
| Erin Elizabeth Elmouji | eelmouji@woodsoviatt.com |
| Christopher Parady | cparady@peabodyarnold.com |